FILED by **YH** D.C.

Mar 2, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60070-CR-COHN/STRAUSS

18 U.S.C. § 922(a)(6)
18 U.S.C. § 924(a)(1)(A)

UNITED STATES OF AMERICA

vs.

ARON JAY ADLER,

        Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### False Statement to a Firearms Dealer
### (18 U.S.C. § 922(a)(6))

On or about May 30, 2017, in Broward County, in the Southern District of Florida, the defendant,

### ARON JAY ADLER,

in connection with the acquisition of a firearm, that is, one (1) Sig Sauer pistol, model P239 SAS, .40 S&W caliber, bearing serial number 56A017401, from a federally licensed firearms dealer, did knowingly make a false and fictitious written statement to the dealer, which statement was intended and likely to deceive the dealer with respect to any fact material to the lawfulness of the sale and other disposition of such firearm, in that, the defendant stated in Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 that he was the actual buyer of the firearm, when in truth and fact, and as the defendant then and there well knew, he was purchasing the firearm for another person, in violation of Title 18, United States Code, Section 922(a)(6).

## COUNT 2
### False Statement in Required Information Kept by a Firearms Dealer
### (18 U.S.C. § 924(a)(1)(A))

On or about May 30, 2017, in Broward County, in the Southern District of Florida, the defendant,

**ARON JAY ADLER,**

did knowingly make a false statement and representation with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Advanced Firearms, a federally licensed firearms dealer, in that, the defendant stated in Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 that the defendant was the actual buyer of the firearm, when in truth and in fact, and as the defendant then and there well knew, he was acquiring the firearm on behalf of another person, in violation of Title 18, United States Code, Section 924(a)(1)(A).

A TRUE BILL

FOREPERSON

_____
Thomas J. Mulhill for
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
AJAY J. ALEXANDER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

v.

CERTIFICATE OF TRIAL ATTORNEY

ARON JAY ADLER,

                        **Defendant.**
_____/ Superseding Case Information:

**Court Division**: (Select One)

\_\_\_ Miami     \_\_\_ Key West
_X_ FTL     \_\_\_ WPB     \_\_\_ FTP

New Defendant(s)     Yes \_\_\_ No \_\_\_
Number of New Defendants \_\_\_
Total number of counts \_\_\_

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    NO
   List language and/or dialect    _____

4. This case will take    _2-3_    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

(Check only one)                  (Check only one)

| | | | | |
|---|---|---|---|---|
| I | 0 to 5 days | _X_ | Petty | |
| II | 6 to 10 days | | Minor | |
| III | 11 to 20 days | | Misdem. | |
| IV | 21 to 60 days | | Felony | _X_ |
| V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? (Yes or No)    NO
If yes:
Judge:          Case No. _____
(Attach copy of dispositive order)
Has a complaint been filed in this matter?    (Yes or No)    NO
If yes:
Magistrate Case No.
Related Miscellaneous numbers:
Defendant(s) in federal custody as of
Defendant(s) in state custody as of
Rule 20 from the District of
Is this a potential death penalty case? (Yes or No)    NO

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013? (Mag. Judge Alicia O. Valle)?    Yes \_\_\_ No _X_

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014? (Mag. Judge Shaniek Maynard)?    Yes \_\_\_ No _X_

                                               _/s/ Ajay J. Alexander_
                                               AJAY J. ALEXANDER
                                               ASSISTANT UNITED STATES ATTORNEY
                                               COURT ID NO. A5502506

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**  ARON JAY ADLER

**Case No:** _____

Count 1:

Material False Statement to Federally Licensed Firearms Dealer

Title 18, United States Code, Section 922(a)(6)

**\*Max. Penalty:** 10 Years' Imprisonment; $250,000 Fine; and 3 Years' Supervised Release

Count 2:

False Statement in Records of Federally Licensed Firearms Dealer

Title 18, United States Code, Section 924(a)(1)(A)

**\*Max. Penalty:** 5 Years' Imprisonment; $250,000 Fine; and 3 Years' Supervised Release

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**